DOCUMENT 2

ELECTRONICALLY FILED
3/6/2019 2:18 PM
56-CV-2019-900023.00
CIRCUIT COURT OF
RANDOLPH COUNTY, ALABAMA
CHRIS MAY, CLERK

IN THE CIRCUIT COURT OF RANDOLPH COUNTY, ALABAMA

| | |
|---|---|
| LAVELLE PARMER ) | |
| ) | |
| PLAINTIFF ) | |
| ) | |
| VS. ) | CASE NO. _____ |
| ) | |
| BANK OF AMERICA, N.A. ) | |
| ) | |
| AND ) | |
| ) | |
| NATIONSTAR MORTGAGE, ) | |
| LLC d/b/a MR. COOPER ) | |
| ) | |
| DEFENDANTS ) | |

## BILL OF COMPLAINT

Comes now Plaintiff and would show unto this Court the following facts as a basis for the relief hereinafter prayed for:

## STATEMENT OF FACTS

1. Plaintiff Lavelle Parmer and her deceased husband, Garvelle N. Parmer, executed a promissory note and mortgage to Bank of America, N.A. on August 24, 1999, a copy of which is attached hereto and marked Exhibit "A".

2. Plaintiff borrowed $55,110.80 to be repaid over a 15 year period plus interest on the unpaid principal balance at a fixed rate of 10.2% per annum.

3. Defendant Bank of America, N.A. (hereinafter referred to as Bank of America) represented to Plaintiff that the loan would be properly amortized over the 15 year period resulting in monthly payments of $633.36. Plaintiff would state that the

actual amortization for this loan was not $633.36 per month but rather $598.98. At all times herein Defendant Bank of America, N.A. falsely represented to Plaintiff what her payment would be knowing that the same had not been properly calculated.

4. Plaintiff and her husband undertook payments of the $633.36 to the Defendants relying upon the representations of the Defendants as to what the monthly payment would be for repayment of this loan. Plaintiff would state that she and her husband faithfully paid this indebtedness in a timely manner.

5. Plaintiff would state that to secure repayment of the indebtedness Plaintiff pledged her home located at 1180 County Road 112, Woodland, Alabama 36280 as security and executed a mortgage to Defendant Bank of America to secure this indebtedness. Said mortgage is recorded at Mortgage Book 389, Page 98 as found in the Office of the Judge of Probate of Randolph County, Alabama. (See Exhibit "B" attached hereto.)

6. On or about February 16, 2013, Bank of America transferred its interest in the note to Defendant NationStar Mortgage, LLC, d/b/a Mr. Cooper (hereinafter referred to as Mr. Cooper).

7. At the time of the purported transfer it had been represented to the Plaintiff that the indebtedness on this note as of February 16, 2013, was $27,488.78. Plaintiff would state that this claimed indebtedness could not have been the true indebtedness on this loan as the Plaintiff had faithfully paid the indebtedness prior to the transfer. Prior to the time of the transfer the loan number at Bank of America was apparently Loan No. 000000873681074. After the transfer Mr. Cooper assigned this indebtedness Loan No. 0602778185.

8.    Plaintiff herein ceased making payments when she believed what she paid what was believed to be her last payment due on this indebtedness in the year 2014.

9.    As of January 1, 2018, Mr. Cooper was claiming that Plaintiff herein had a principal balance due to it of $18,758.

## COUNT ONE
## COMPLAINT FOR FRAUD

10.   Plaintiff incorporates the Statement of Facts above as if fully set out herein.

11.   Plaintiff would state that at the time that the Defendants calculated the monthly payment of the Plaintiff on the promissory note the Defendants knew that it was representing to the Plaintiff a sum as the monthly payment which was in excess of the monthly payment actually due. Plaintiff would state that the Defendants intentionally intended to deceive the Plaintiff with respect to what her monthly payment would be and for in excess of 10 years collected monies in excess of that required to pay the loan had it been properly amortized. Plaintiff would state that the Defendant Bank of America knew that the representation was false and intended for the Plaintiff to believe the representation which Plaintiff did.

12.   Plaintiff would state that the Defendants herein are guilty of violation of Code of Alabama, Sections 6-5-101, 6-5-102 and 6-5-104.

WHEREFORE, Plaintiff demands judgment against Defendants for all sums she is entitled to under the pleadings and proof contained herein.

## COUNT TWO
## COMPLAINT FOR BREACH OF CONTRACT

13. Plaintiff incorporates the Statement of Facts above as if fully set out herein.

14. Plaintiff would state that the Defendants entered into a contract with the Plaintiff to loan Plaintiff $55,110.80 to be amortized and repaid over a 15 year period at an interest rate of 10.2%. Plaintiff would state that the amount of monthly payments required to amortize such a loan over this period was $598.98.

15. Plaintiff would state that she has overpaid on her mortgage by paying $34.38 per month for a 15 year period which she should not have been required to pay. Plaintiff would state that the Defendants owe a refund to the Plaintiff of all excess payments that it collected from Plaintiff.

16. Plaintiff would further state that she paid all the indebtedness due on the note and yet the Defendants claim that a balance is still due on the note.

WHEREFORE, Plaintiff demands that her mortgage be satisfied as she has made all payments in a timely fashion as required by the Defendants.

Plaintiff prays upon a final hearing in this matter this Court will make and enter an Order directing the Defendants to refund excess payments to her and to mark her mortgage satisfied.

                                              s/John A. Tinney
                                              John A. Tinney         TIN005
                                              Attorney for Plaintiff
                                              739 Main Street
                                              Post Office Box 1430
                                              Roanoke, Alabama  36274
                                              Telephone:  (334) 863-8945
                                              Facsimile:  (334) 863-7114
                                              johntinneyattorney@gmail.com