# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| LAVELLE PARMER,        )<br>                              )<br>        Plaintiff,          )<br>                              )<br>        v.                    )<br>                              )<br>BANK OF AMERICA, N.A. and )<br>NATIONSTAR MORTGAGE, LLC d/b/a )<br>MR. COOPER,                   )<br>                              )<br>        Defendants.       )<br>                              ) | Case No. 3:19-cv-00265-WKW-SMD |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW the Plaintiff, Lavelle Parmer, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby files this stipulation of dismissal, dismissing all of her claims against Defendants Bank of America, N.A. and Nationstar Mortgage, LLC with prejudice and with each party to bear her or its own costs.  The Defendants consent to and join this stipulation of dismissal, as indicated below by signature of counsel.

Respectfully submitted,

  /s/ **John Tinney**
John A. Tinney, Esq.
739 Main Street
P.O. Box 1430
Roanoke, Alabama 36274
Telephone: (334) 863-8945
Fax: (334) 863-7114
johntinneyattorney@gmail.com

ATTORNEY FOR PLAINTIFF, LAVELLE PARMER

    **/s/ Graham Gerhardt**
Graham W. Gerhardt, Esq.
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
ggerhardt@bradley.com

ATTORNEY FOR DEFENDANTS, BANK OF AMERICA, N.A. AND NATIONSTAR MORTGAGE, LLC